# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREGORY L. SIMON & CYNTHIA A. SIMON  
805 BROOK HILL CIRCLE  
PELL CITY, AL  35125

SSN-xxx-xx-7831 & xxx-xx-3135

Case Number: 05-71605

Case filed on: 4/5/2005  
Plan Confirmed on: 7/22/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,025.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 213 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 214 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GREGORY L. SIMON | 0.00 | 0.00 | 25.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 2,969.03 | 116.50 | 116.50 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 5,743.00 | 5,743.00 | 5,743.00 | 795.14 |
| 003 | SELECT PORTFOLIO SERVICING INC | 14,441.00 | 672.97 | 672.97 | 0.00 |
|  | Total Secured | 23,153.03 | 6,532.47 | 6,532.47 | 795.14 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 5,594.46 | 5,594.46 | 4,684.95 | 0.00 |
| 004 | ATTORNEY TERRY HOSS & | 137.07 | 137.07 | 114.78 | 0.00 |
| 005 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | KAPLAN UNIV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 1,428.80 | 1,428.80 | 1,196.51 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 562.99 | 562.99 | 471.46 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 514.48 | 514.48 | 430.84 | 0.00 |
|  | Total Unsecured | 8,237.80 | 8,237.80 | 6,898.54 | 0.00 |
|  | Grand Total: | 34,054.83 | 17,434.27 | 16,120.01 | 795.14 |

Total Paid Claimant: $16,915.15  
Trustee Allowance: $1,109.85  
Percent Paid Unsecured: 83.74

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008            By  /s/Heather M. Fagan